UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

ERIC SANTANA,
                        Plaintiff(s),

            Case No.: 1:21-cv-10520

- against -

            CLERK'S CERTIFICATE
            OF DEFAULT

NYC MOTORCARS CORPORATION

and

FAWAD AWAN
                    Defendants,
-----------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 10, 2021, with the filing of a summons and complaint, a copy of the summons and the complaint was served on Defendant NYC MOTORCARS CORPORATION on January 26, 2022, by personal service on David Bergman, Sales Manager, an agent legally authorized to accept service, and proof of service was therefore filed on January 27, 2022. (Doc. No. 13); (Doc. No. 14). I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

      March 21, 2022                      RUBY J. KRAJICK
                                                     Clerk of Court

                                                     By:_____
                                                        Deputy Clerk