**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of New York

# Exhibit A(3)

Index Number: 1:21-CV-10520

Date Filed: 12/10/2021

Plaintiff:
**ERIC SANTANA**

vs.

Defendant:
**NYC MOTOCARS CORPORATION AND FAWAD AWAN**

For:
MANSELL LAW LLC
85 8TH AVENUE
6M
NEW YORK, NY 10011

Received by Metro Process Servers of NY, Inc. to be served on **NYC MOTORCARS CORPORATION, 3748 BOSTON ROAD, BRONX, NY 10469**.

I, Sophocles Tsouros, being duly sworn, depose and say that on the **26th day of January, 2022** at **12:39 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DAVID BERGMAN** as **SALES MANAGER/ AUTHORIZED TO ACCEPT** for **NYC MOTORCARS CORPORATION**, at the address of: **3748 BOSTON ROAD, BRONX, NY 10469**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 175, Hair: Balding, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 26th day of January, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC
THEODORE KOLOKOURIS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01KO4874085
Qualified In Queens County
My Commision Expires 10-20-2022

**Sophocles Tsouros**
2050879-DCA

**Metro Process Servers of NY, Inc.**
29-17A 23rd Ave.
Astoria, NY 11105
(718) 440-3144

Our Job Serial Number: MRO-2022000076

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1g

