UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ERIC SANTANA,

                              Plaintiff,         Case No.: 1:21-cv-10520

              - against -         **STATEMENT OF DAMAGES**

NYC MOTORCARS CARS CORPORATION,

and

FAWAD AWAN

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PLAINTIFF'S DAMAGES CALCULATIONS

**Minimum Wage, Overtime, and Spread of Hours:** (See Exhibit B; Exhibit B(3))
  I. **Week 1: 9/19/21 – 9/25/21 (first day September 23, 2021)**
      a. Thursday – Friday 9 am – 5 pm = 16 hours
      b. Saturday 9 am – 9 pm = 12 hours
          i. Total Hours Worked = 28 hours
          ii. Spread of Hours = 1
 II. **Week 2: 9/26/21 – 10/2/21**
      a. Tuesday – Friday 9 am – 5 pm = 32 hours
      b. Saturday 9 am – 9 pm = 12 hours
          i. Total Hours Worked = 44 hours
          ii. Spread of Hours: = 1
III. **Week 3: 10/3/21 – 10/9/21**
      a. Sunday 11 am – 6 pm = 7 hours
      b. Tuesday – Friday 9 am – 5 pm = 32 hours
      c. Saturday 9 am – 9 pm = 12 hours
          i. Total Hours Worked = 51 hours
          ii. Spread of Hours: = 1
 IV. **Week 4: 10/10/21 – 10/16/21**
      a. Tuesday – Friday 9 am – 5 pm = 32 hours
      b. Saturday 9 am – 9 pm = 12 hours
          i. Total Hours = 44 hours
          ii. Spread of Hours: = 1
  V. **Week 5: 10/17/21 – 10/123/21**
      a. Sunday 11 am – 6 pm = 7 hours
      b. Tuesday – Friday 9 am – 5 pm = 32 hours

1

c. Saturday 9 am – 9 pm = 12 hours
   i. Total Hours Worked = 51 hours
   ii. Spread of Hours: = 1

VI. **Week 6: 10/24/21 – 10/30/21 (last day 10/28/21)**
   a. Tuesday – Thursday 9 am – 5 pm = 24 hours
      i. Total Hours Worked: 24 hours

VII. **Minimum Wage, Overtime, and Spread of Hours Damages:**
   a. Total Hours Worked: 242
      i. "straight time" hours: 212
      ii. "overtime" hours: 30
      iii. Spread of Hours: 5
   b. Minimum Wage:
      i. 212 x $15.00 = $3,180
   c. Overtime:
      i. 30 x $22.50 = $675.00
   d. Spread of Hours: 5 x $15.00 = $75.00
   e. Total wages Paid: $663.60
      1. 9/30/21 CashApp Payment: $ 331.80
      2. 10/22/21 CashApp Payment: $331.80
   f. Liquidated Damages ................................................................$3,266.40
   g. Total ...........................................................................................$6,532.80

**Other Statutory Damages:** (See Exhibit B; Exhibit B(1); Exhibit B(2))

I. **Failure to Pay Commission Pursuant to N.Y. Lab. Law § 191(c):**
   a. Commission Rate: 10%
   b. Sale Price of Car(s): $20,000
   c. Total Cars Sold: 5
   d. Commission: $2,000 x 5 = $10,000
   e. Damages Pursuant to N.Y. Lab. Law § 191-c(3) = $10,000
   f. Total ............................................................................................$20,000

II. **Failure to Provide Employment Notice Pursuant to N.Y. Lab. Law § 195(1):**
   a. N.Y. Lab. Law § 198(1-b): $50 for each workday violation occurred, not to exceed $5,000.
   b. Total number of workdays: 36
   c. 36 workdays x $50 = $1,800
   d. Total ............................................................................................$1,800

III. **Failure to Furnish Written Pay Statement Pursuant to N.Y. Lab. Law § 195(3):**
   a. N.Y. Lab. Law § 198(1-d): $250 for each workday the violation occurred, not to exceed $5,000.
   b. Total number of workdays: 36
   c. 36 workdays x $250 = $9,000; reduced to $5,000
   d. Total ............................................................................................$5,000

IV. **Retaliation Pursuant to FLSA § and N.Y. Lab. Law § 215:**
   a. Employment since termination: Eastchester Chrysler Jeep Dodge (2 weeks).
   b. Amount earned since termination: $978.00
   c. Amount would have earned per week averaged: $2,321.66 (total hourly wages &

    commissions / 6 weeks = $2,321.66 average per week)
   d. Lost Wages as a Result of Retaliation $ ............................................$47,776.86
   e. ($2,321.66 x 21 weeks - $978 earned from subsequent employment)
   f. Liquidated Damages ......................................................................$20,000.00
    (47,776.86 reduced pursuant to N.Y. Lab. Law § 215(2)(a))
   g. Total ...............................................................................................$67,776.86
**V.**  **Reasonable Attorney's Fees:** (See Exhibit A; Exhibit A(6))
   a. Total ...............................................................................................$10,038.00
**VI.**  **Costs and Expenses:** (See Exhibit A; Exhibit A(6)(i))
   a. Postage for pre-litigation settlement demand ...................................$2.00
   b. Filing fee .............................................................................................$402.00
   c. Certified Mail for mailing Waiver of Service of Summons ............$13.00
   d. Process Server Fee for Serving Summons and Complaint ..............$125.00
   e. Postage for Courtesy Copy of Clerk's Certificate of Default ..........$1.16
   f. PACER fees ..........................................................................................$9.90
   g. Postage for Mailing of Motion and accompanying documents to Defendant NYC Motorcars Corporation....................................................................$10.54
   h. Total Costs ............................................................................................$563.60
**VII.**  **Total Damages**........................................................................................$111,711.26