| Gregory R. Mansell - Billable Hours for Client Eric Santana | | |
|---|---|---|
| Description | Hours | Date |
| Initial Call w client and review of documents from client | 1 | 11/3/2021 |
| Review of documents from client and drafting outline of legal violations/claims | 0.8 | 11/4/2021 |
| Legal research of claims, research on Defendants, Drafting Demand Letter to NYC Motorcars | 2.3 | 11/5/2021 |
| Email to client with draft letter for review | 0.1 | 11/9/2021 |
| Call w client re: demand letter; edits to demand letter per call with client | 0.5 | 11/9/2021 |
| Call w Justin Gonzalez (Mgr at NYC Motorcars) re: allegations by client | 0.3 | 11/11/2021 |
| Call w client re: allegations made by Gonzalez | 0.3 | 11/12/2021 |
| Follow up email to Gonzalez re: proof of allegations | 0.1 | 11/15/2021 |
| Email to client re: no response to demand and moving forward with lawsuit | 0.1 | 11/18/2021 |
| Drafting Complaint and waiver of service of summons | 2.5 | 11/29/2021 |
| Final review of draft Complaint; email to client copy of complaint to review | 0.2 | 11/30/2021 |
| Call w client re: complaint and filing | 0.1 | 11/30/2021 |
| Follow up with client re: final approval to file complaint | 0.1 | 12/2/2021 |
| Message w client re: failure of Defendants to return waiver of service | 0.1 | 1/14/2022 |
| Drafting request for issuance of summons | 0.2 | 1/14/2022 |
| Read and Response to email from client re: update | 0.1 | 2/1/2022 |
| Message to client re: answer due today and next step is default judgment | 0.1 | 2/16/2022 |
| Email to client explaining default judgment process | 0.2 | 2/19/2022 |
| Read and Respond to message from client re: status of default judgment documents | 0.1 | 2/23/2022 |
| Review of Answer and Crossclaims by Fawad Awan | 0.2 | 3/22/2022 |
| Email to Bruce Minksy re: discussing case | 0.1 | 3/23/2022 |
| Call w Bruce Minsky re: his client and association w NYCM | 0.2 | 3/25/2022 |
| Call w client re: declaration, damages and mitigation/job application | 0.5 | 4/6/2022 |
| Review of 26(f) topics for Mag. J. Parker, email to Bruce re: call to discuss 26(f) report | 0.1 | 4/11/2022 |
| Call w Bruce re: 26(f) conference of the parties | 0.3 | 4/12/2022 |
| Drafting first draft of joint proposed scheduling order; email to Bruce re: same | 0.3 | 4/12/2022 |
| Review of Bruce's changes to 26(f) report; email to Bruce re: accepting changes | 0.1 | 4/14/2022 |
| Research Local and Judge Specific Rules for Default Judgment; | 0.8 | 2/23/2022 |
| Locate and Download PACER Default Judgment Motions | 0.3 | 2/25/2022 |
| Draft Affirmation in Support for Clerk's Certificate of Default; Proposed Clerk's Certificate of Default; and Request for Clerk's Certificate of Default | 0.9 | 2/24/2022 |

| Task | Hours | Date |
|---|---|---|
| Prepare Summon and Complaint for service on Fawad Awan; send to process server; prepare 2nd mailing of the same. | 0.3 | 3/11/2022 |
| Finish drafting and finalize Affirmation in Support for Clerk's Certificate of Default; Proposed Clerk's Certificate of Default; and Request for Clerk's Certificate of Default; file | 1.2 | 3/17/2022 |
| Draft Memorandum in Support of Default Judgment against NYC Motorcars | 1 | 3/18/2022 |
| Send summary of next steps for Default Judgment against NYC Motorcars to client | 0.2 | 3/21/2022 |
| Review Fawad Awan's answer and crossclaim | 0.3 | 3/22/2022 |
| Begin drafting Attorney Declaration and Proposed Order of Default Judgment; Prepare Exhibits | 1.5 | 3/22/2022 |
| Continue drafting Memorandum in Support of Default Judgment against NYC Motorcars | 0.5 | 3/28/2022 |
| Draft Statement of Damages | 1.5 | 3/28/2022 |
| Draft Attorneys Fees Exhibit | 0.5 | 3/28/2022 |
| Draft Santana Declaration | 0.7 | 4/7/2022 |
| Draft GRM Declaration | 0.9 | 4/7/2022 |
| Continue Drafting Memorandum in Support | 0.3 | 4/8/2022 |
| Draft R 26(f) Report | 0.5 | 4/13/2022 |
| Continue drafting Default Judgment Memorandum in Support, revise GRM Declaration, Santana Declaration, Statement of Damages, Exhibits | 1.5 | 4/15/2022 |

**Total Hours: 23.9**

**Total Fees: 10038**