Exhibit A(6)(i)

Metro Process Servers of NY, Inc.
29-17A 23rd Ave.
Astoria, NY 11105
Phone: (718) 440-3144

**INVOICE**

Invoice #MRO-2022000077
1/26/2022



MANSELL LAW LLC
85 8TH AVENUE
6M
NEW YORK, NY 10011

**Case Number: Southern 1:21-CV-10520**

Plaintiff:
**ERIC SANTANA**

Defendant:
**NYC MOTOCARS CORPORATION AND FAWAD AWAN**

Served: 1/26/2022 12:39 pm
To be served on: FAWAD AWAN

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 50.00 | 50.00 |
| **TOTAL CHARGED:** | | | **$50.00** |

**BALANCE DUE:** $50.00

Please enclose a copy of this invoice with your payment.
Thank you

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1g

Page 1 / 1

Exhibit A(6)(i)

| Metro Process Servers of NY, Inc.<br>29-17A 23rd Ave.<br>Astoria, NY 11105<br>Phone: (718) 440-3144 | **INVOICE** | Invoice #MRO-2022000076<br>1/26/2022 |
|---|---|---|



MANSELL LAW LLC
85 8TH AVENUE
6M
NEW YORK, NY 10011

**Case Number: Southern 1:21-CV-10520**

Plaintiff:
**ERIC SANTANA**

Defendant:
**NYC MOTOCARS CORPORATION AND FAWAD AWAN**

Served: 1/26/2022 12:39 pm
To be served on: NYC MOTORCARS CORPORATION

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** $75.00

Please enclose a copy of this invoice with your payment.
Thank you

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1g

Page 1 / 1