**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ERIC SANTANA,**

                        Plaintiff,        Case No.: 1:21-cv-10520

        - against -

**NYC MOTORCARS CORPORATION**

and

**FAWAD AWAN**

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

A package was shipped to you via the U.S. Postal Service and will be delivered to:

NYC Motorcars Corporation
3748 Boston Rd
Bronx, NY 10469-2633
greg@manselllawllc.com

Shipment Date: April 18, 2022
Mail Class: First Class
Tracking Number: 9414811899561652854330

Check the package status with Stamps.com:
http://www.stamps.com/shipstatus/submit/?confirmation=9414811899561652854330