Exhibit B(1)



📣 5 🔔 ☰

# My jobs

☰ | Saved **0**  Applied **27**  Interviews **0**  Archived

## Last 14 days

---

**Applied** ⋮

### Luxury Automotive Brand Specialist

OPEN ROAD AUTO GROUP

New York, NY

Applied on Fri

Update status

👥 Approximately 11-15 applicants on Indeed

---

**Applied** ⋮

### Automotive Leasing Specialist

Teddy Nissan LLC

Bronx, NY

Applied on Mar 25

Update status

⚡ This employer typically responds within 11 days
👥 Approximately 156-160 applicants on Indeed

---

## Older

**Applied** ⋮

### Guest Service Agent

Holiday Inn Express - Water Street

# Exhibit B(1)

New York, NY
Applied on Mar 12

**Update status**

👥 Approximately 61-65 applicants on Indeed

**Applied**  ⋮

## Sales Porter

Riverdale Chrysler Jeep Dodge Ram
Bronx, NY
Applied on Mar 12

**Update status**

👥 Approximately 66-70 applicants on Indeed

**Application viewed**  ⋮

## Sales Representative

Central Ave Nissan
Yonkers, NY
Applied on Mar 12

**Update status**

⚡ This employer typically responds within 11 days
👥 Approximately 131-135 applicants on Indeed

**Applied**  ⋮

## Mailroom clerk - New York, NY 10036 (Pay Rate: $24.90/hr.) fully vaccinated

Compunnel Inc.
New York, NY
Applied on Mar 12

**Update status**

⚡ This employer typically responds within 3 days
👥 Approximately 731-735 applicants on Indeed

---

**Applied**                                                                    ⋮

## Appointment Setter

Advisorist

New York, NY

Applied on Mar 10

| **Update status** |
|:---:|

⚡ This employer typically responds within 6 days
👥 Approximately 306-310 applicants on Indeed

---

**Not selected by employer**                                                   ⋮

## Auto Service Advisor/Writer

Confidential

Bronx, NY

Applied on Feb 23

| **Update status** |
|:---:|

👥 Approximately 31-35 applicants on Indeed

---

**Applied**                                                                    ⋮

## Car Sales Consultant

Yonkers Honda

Yonkers, NY

Applied on Feb 23

| **Update status** |
|:---:|

⚡ This employer typically responds within 2 days
👥 Approximately 236-240 applicants on Indeed

---

**Applied**                                                                    ⋮

## Sales Associate

# Exhibit B(1)

Oliver Peoples
New York, NY
Applied on Feb 23

Update status

⚡ This employer typically responds within 6 days
👥 Approximately 386-390 applicants on Indeed

---

**Applied**                                                         ⋮

## Luxury Residential Doorman

Prominent Real Estate Property Management Company (NYC)
New York, NY
Applied on Feb 17

Update status

⚡ This employer typically responds within 11 days
👥 Approximately 3246-3250 applicants on Indeed

---

**Applied**                                                         ⋮

## Automotive Internal Service Advisor

Teddy Nissan LLC
Bronx, NY
Applied on Jan 24

Update status

⚡ This employer typically responds within 11 days
👥 Approximately 36-40 applicants on Indeed

---

**Application viewed**                                              ⋮

## Luxury Automotive Sales Consultant

Maserati/Alfa Romeo of Manhattan
New York, NY
Applied on Jan 15

Exhibit B(1)

**Update status**

⚡ This employer typically responds within 11 days

👥 Approximately 311-315 applicants on Indeed

---

**Applied** ⋮

## Automotive Sales Representative

Auto Spot LLC

Bronx, NY

Applied on Jan 14

**Update status**

👥 Approximately 101-105 applicants on Indeed

👤 Employer actively reviewed candidates 1 day ago

---

**Applied** ⋮

## Concierge - Luxury Building

Property Management Company-NYC

New York, NY

Applied on Jan 13

**Update status**

⚡ This employer typically responds within 8 days

👥 Approximately 801-805 applicants on Indeed

---

**Applied** ⋮

## Front Desk/Reservations

Members Club

New York, NY

Applied on Dec 11, 2021

**Update status**

⚡ This employer typically responds within 7 days

👥 Approximately 526-530 applicants on Indeed

# Exhibit B(1)

**Not selected by employer**                                              ⋮

## Front Desk Agent- includes Overnights- Will Train

Fitzpatrick Hotel Group
New York, NY
Applied on Dec 11, 2021

**Update status**

👥 Approximately 301-305 applicants on Indeed

---

**Applied**                                                              ⋮

## Maintainer Handler

Metropolitan Museum of Art
New York, NY
Applied on Dec 6, 2021

**Update status**

⚡ This employer typically responds within 8 days
👥 Approximately 1126-1130 applicants on Indeed
👤 Employer actively reviewed candidates 1 day ago

---

**Not selected by employer**                                             ⋮

## Porter

HUBB NYC
New York, NY
Applied on Dec 3, 2021

**Update status**

👥 Approximately 14026-14030 applicants on Indeed

---

**Not selected by employer**                                             ⋮

## Guest Service Agent

The Soho Grand Hotel
New York, NY

Exhibit B(1)

Applied on Nov 30, 2021

**Update status**

👥 Approximately 471-475 applicants on Indeed

**Not selected by employer**                                                ⋮

### Hotel Front Desk Agent - PM Full Time
Edge Hotel
New York, NY
Applied on Nov 21, 2021

**Update status**

👥 Approximately 1791-1795 applicants on Indeed

**Not selected by employer**                                                ⋮

### Experienced Doorperson for Luxury Residential Building
TF Cornerstone
New York, NY
Applied on Nov 20, 2021

**Update status**

👥 Approximately 2661-2665 applicants on Indeed

**Application viewed**                                                      ⋮

### Doorperson
GLENWOOD MANAGEMENT
Bronx, NY
Applied on Nov 15, 2021

**Update status**

⚡ This employer typically responds within 11 days
👥 Approximately 91-95 applicants on Indeed

**Applied**

Exhibit B(1)



## Management - Fast Track Partner Position

New York Life- Manhattan, NY General Office

Bronx, NY

Applied on Nov 15, 2021

**Update status**

⚡ This employer typically responds within 12 days

👥 Approximately 506-510 applicants on Indeed

**Applied**

## Automotive Sales Associate

26motors

Bronx, NY

Applied on Nov 13, 2021

**Update status**

⚡ This employer typically responds within 8 days

**Not selected by employer**

## BMW Client Advisor - Automotive Car Sales

BMW of Darien

Westchester County, NY

Applied on Nov 13, 2021

**Update status**

👥 Approximately 81-85 applicants on Indeed

**Applied**

## Mailroom Clerk

Cozmyk Enterprises

New York, NY

Applied on Nov 7, 2021

Exhibit B(1)

**Update status**

👥 Approximately 886-890 applicants on Indeed

**Not seeing an application?**

Hiring Lab    Career Advice    Browse Jobs    Browse Companies    Salaries

Find Certifications    Browse Schools    Indeed Events    Work at Indeed    Countries

About    Help Center

© 2022 Indeed    Do Not Sell My Personal Information    Accessibility at Indeed

Privacy Center    Cookies    Privacy    Terms