Begin forwarded message:

**From:** Jobs at Macy's and Bloomingdale's <jobs@macysandbloomingdalesjobs.com>
**Date:** March 10, 2022 at 10:17:19 AM EST
**To:**
**Subject: We received your job application for Commission Sales Associate - Chanel Designer, Full Time:  59th Street opportunity at Bloomingdale's**

[View in Browser](#)



**Work Where You Love to Shop.**

Hello Eric Santana,

Thank you for your interest in joining our team!  We just received your job application for our Commission Sales Associate - Chanel Designer, Full Time: 59th Street. We are currently in the process of reviewing your eligibility, experience and qualifications for this position and will have a response for you shortly.  **If you applied for a seasonal role, you could see a job offer in your email within 48 hours – so watch your email closely!**
In the meantime, please follow us on Facebook, Instagram and LinkedIn for the latest news on  job opportunities, career resources and hiring events.   We truly appreciate the time you've invested in the application process and for considering us in your job search.

Warm regards,

For a copy of your Summary of Rights under the Fair Credit Reporting Act (FCRA), click here.  Please do not reply to this email, as we are unable to respond from this address.



Begin forwarded message:

**From:** kering@myworkday.com
**Date:** March 13, 2022 at 7:38:37 PM EDT
**To:**
**Subject: Balenciaga - Your application for the position of BALENCIAGA Sales Associate | Saks New York**

Dear Eric Santana,

Thank you for considering a career at the Kering Group. We appreciate you taking the time to apply.

While we were impressed by your application, your skills and experience do not match the responsibilities for this particular role and so, we are unable to take your application forward at this time. However, this might change in the future, so please keep an eye on other job opportunities across the Kering Group.

At Kering, creativity, audacity and diversity fuel the success of our maisons, and drive our vision of sustainable and influential luxury. We seek to recruit exceptional people who will set new standards for luxury and we give them the tools and opportunities to flourish and bring our bold vision to life.

Discover more about our Group at [kering.com](kering.com) and follow us on [LinkedIn](LinkedIn) to explore our latest news and opportunities.

Kind regards
Recruitment team

*Empowering Imagination*

This email was intended for

Begin forwarded message:

**From:** OPEN ROAD AUTO GROUP <noreply@applytojob.com>
**Date:** April 1, 2022 at 4:06:54 PM EDT
**To:** Eric Santana
**Subject: Eric, we've received your resume**
**Reply-To:** OPEN ROAD AUTO GROUP <noreply@jazz.co>

Hello Eric,

Thank you for your interest in employment at OPEN ROAD AUTO GROUP. If your qualifications match our needs, we will contact you to learn more about your fit in this position.

Thanks again for your inquiry.

- LISA CESARO

**From:** Eric Santana
**Date:** March 2, 2022 at 1:00:15 PM EST
**To:** Ben Simpson <ben.simpson@goat.com>
**Subject: Re: Flight Club Interview Confirmation**

I agree to the terms of the GOAT NDA and I certify that I am Eric Santana.

> On Mar 2, 2022, at 12:18 PM, Ben Simpson <ben.simpson@goat.com> wrote:
>
> Hi Eric,
>
> We are happy to confirm your virtual interview at GOAT for **Thursday, March 3rd, 11:55 - 1:05pm ET.**
>
> Attached is our Non-Disclosure Agreement. Please respond to this email with "I agree to the terms of the GOAT NDA and I certify that I am Eric Santana". Your agreement is required before we proceed with your interview.
>
> You are scheduled to meet with:
> 11:55 - 12:00 pm ET - Casey Mcgowan, Talent Acquisition Associate
> 12:00 - 12:30 pm ET - Jonathan Duran, Assistant Manager, Consignment + Raymond Thomas, Consignment Supervisor
> 12:30 - 1:00 pm ET - Kirishna Navaratnam, Assistant Authentication Training Manager, Footwear
> 1:00 - 1:05 pm ET - Ben Simpson, Talent Acquisition Coordinator
>
> The interview will be over video via **Zoom:**
> https://goatgroup.zoom.us/j/98660735474?pwd=K3JaWTRxQW4xYVpoUXhiam1jU0ZkUT09
>
> We've included the GOAT Group Virtual Interview Guide for more information.
> Feel free to reach out if you have any additional questions!
>
> Thanks!

Ben

Ben Simpson | Talent Acquisition Coordinator | [Careers](#) | [LinkedIn](#) | [GOAT Group](#)

Begin forwarded message:

**From:** nordstrom@myworkday.com
**Date:** February 22, 2022 at 11:18:42 AM EST
**To:**
**Subject: Nordstrom: Application Confirmation**
**Reply-To:** no_reply@nordstrom.com

NORDSTROM

Thank you for your interest in opportunities at Nordstrom. We believe the people who work for us and our commitment to customer service are what set us apart. We appreciate your interest in the Retail Stock & Fulfillment - Union Square Rack position R-399020 and we will review the information you have provided.

Please continue to visit us at careers.nordstrom.com for more information about our Company and current open positions. You can check on the status of your application at any time by logging into your Candidate Home account using the link below. Nordstrom employees should visit us at mynordstrom.com.

Sincerely,
Nordstrom Recruiting

https://nordstrom.wd5.myworkdayjobs.com/nordstrom_careers/Login

This email was intended for

Exhibit B(2)

**From:** HireVue Hiring Assistant <scheduler@emails.allyo.com>
**Date:** March 11, 2022 at 12:02:59 PM EST
**To:**
**Subject: phone Interview with Allied Universal @ Mon March 14, 2022 10:30 AM EDT**



Hi Eric,
Your phone interview with Allied Universal has been scheduled on Mon March 14, 2022 10:30 AM EDT - 11:00 AM EDT

---

**Interview Information**

**WHEN:** Mon March 14, 2022 10:30 AM EDT - 11:00 AM EDT (US/Eastern)

**WHERE:** Interviewer to Call Candidate at

**INTERVIEWER EMAIL:** churaman.singh@aus.com

**POSITION:** Security Patrol Driver - Bus Depot (728184)

If you are unable to make the interview, please text me at (323) 214-3111 to reschedule. If you have any questions, please feel free to reach out to churaman.singh@aus.com



Begin forwarded message:

**From:** "Hersha Hospitality Management LP @ icims" <hhmlp+autoreply@talent.icims.com>
**Date:** March 12, 2022 at 11:10:35 AM EST
**To:**
**Subject: Thank You for Applying at Holiday Inn Express - Water Street**
**Reply-To:** "Hersha Hospitality Management LP @ icims" <hhmlp+autoreply@talent.icims.com>

Dear Eric,

Thank you very much for your recent application to Hersha Hospitality Management LP. Your submission will be reviewed by our recruiting staff, and we will contact you soon, should we feel that your background meets our current needs.

Sincerely,

Hersha Hospitality Management LP

*This is an automated email response. Please do not reply.*

© Hersha Hospitality Management, LP; 44 Hersha Dr; Harrisburg, PA 17102-2241; USA

Begin forwarded message:

**From:** GOAT Group <no-reply@hire.lever.co>
**Date:** February 23, 2022 at 10:34:44 AM EST
**To:**
**Subject: Thank you for your application to GOAT Group**

Hi Eric,

Thank you for your interest in GOAT Group! We received your application for Junior Footwear Authentication Specialist, and we are excited that you would consider joining our team.

We make it a point to carefully review every application and will be in touch if your qualifications match our needs for the role.

Our recruitment needs are constantly evolving and changing, keep an eye on our jobs page as we're growing and adding new openings all the time.

The Team at GOAT Group

Begin forwarded message:

    **From:** FedEx <fedex@myworkday.com>
    **Date:** March 10, 2022 at 2:36:34 PM EST
    **To:**
    **Subject: Thank you for your Application**
    **Reply-To:** donotreply@fedex.com

Hello Eric ,

Thank you for your interest in FedEx Express US career opportunities.

Important: Please retain the username and password used to create your account. This information will be required should you be considered for additional steps in the hiring process.

View and/or print a summary of your rights under the Fair Credit Reporting Act here: http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre35.pdf

Thank you again for your interest in our Company.

Sincerely, FedEx Express US



This email was intended for

Begin forwarded message:

**From:** RiverdaleChryslerJeepDodgeRam.hr@adp.com
**Date:** March 12, 2022 at 11:06:28 AM EST
**To:**
**Subject: Thank You For Your Interest**
**Reply-To:** jjourdain@dennis-co.com

Disclaimer: This email has been sent by the HR team at Riverdale Chrysler Jeep Dodge Ram using ADP services.

Thank you for your interest. We have received your inquiry regarding employment opportunities at our company and are in the process of reviewing your qualifications against our current requirements. Should your background and experience meet the requirements, we will contact you to request addition information.

If we do not have an appropriate opening at this time, we will retain your inquiry for future consideration. We encourage you to continue to review our Career Page for career opportunities.

Note: You must use the same email you used to log in to the career center when applying for jobs.