11:21   •ıll LTE 🔋
Exhibit B(3)

# Activity  🔍  ✕

 **Dereimer Food**    $11.96
▫ Cash Card

 **Aldus St. Grocery**    $3.90
▫ Cash Card

 **Wendy's**    $14.23
▫ Cash Card

 **Ramon Antonio Garcia**    $7
On Oct 1

**Nyc Motorcars Co Payroll**    + $331.80
⬇ Direct Deposit

**Cash Out**    $30
$3.95 of Fees Reimbursed

 **McDonald's**    $5.32
▫ Cash Card

 **Natasha Torres**    $25
On Sep 29

 **Parrilla Latina**    $87.59
▫ Cash Card

# Activity

 McDonald's — $7.16
  Cash Card

 Sunoco — $25
  Cash Card

 Hellapaidddd — + $19
  On Oct 22

 WhoDaattt — $57.60
  On Oct 22

 McDonald's — $11.95
  Cash Card

 Nyc Motorcars Co Payroll — + $331.80
  Direct Deposit

 Bp Nagle Fuel Cor — $10
  Cash Card

 Subway — $11.90
  Cash Card

 Dereimer Food — $4.66
  Cash Card

 WhoDaattt — $57.60



**Direct Deposit**

# $331.80

Oct 22 at 6:07 AM

✓ Direct Deposit



# Direct Deposit

## $331.80

Sep 30 at 9:49 PM

✓ Direct Deposit