UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC SANTANA,

                Plaintiff(s),         CASE NO.: 1:21-CV-10520

       -against-

NYC MOTORCARS CORPORATION and
FAWAD AWAN,

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

           Defendant(s).
------------------------------------------------------------X

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Plaintiff ERIC SANTANA and/or its counsel(s), hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant(s) FAWAD AWAN.

An executed facsimile/email copy of this Stipulation may be filed in lieu of the original. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument

Dated: New York/New Hempstead, New York
        May 3, 2022

By:_____/bwm/_____
Bruce W. Minsky, Esq.
Law Offices of Bruce W. Minsky, P.C.
112 Brick Church Road
New Hempstead, New York 10977
Phone: (646) 234-7006/Email: bwminsky@gmail.com
*Attorneys for the Defendant/Cross-Claim Plaintiff* FAWAD AWAN

By:_____/grm/_____
Greg R. Mansell, Esq.
Mansell Law LLC
85 8th Avenue, 6M
New York, New York 10011
Telephone: (646) 389-3202/Email: Greg@MansellLawLLC.com
*Attorneys for the Plaintiff* ERIC SANTANA

        **SO ORDERED**

        _____
        HON. ANDREW L. CARTER, USDJ