USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ERIC SANTANA,

Plaintiff,

-against-

NYC MOTORCARS CORPORATION,

Defendant.

-----------------------------------------------------------------X

**21-CV-10520 (ALC) (KHP)**

**ORDER RESCHEDULING ORAL ARGUMENT**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management conference in this matter scheduled for Thursday, December 8, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, December 13, 2022 at 2:00 p.m.** Parties shall attend with their counsel, and shall also be prepared to discuss settlement.

**SO ORDERED.**

DATED: New York, New York
October 24, 2022

Katharine H Parker

_______________________________
KATHARINE H. PARKER
United States Magistrate Judge