```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ERIC SANTANA,

                Plaintiff,

    -against-

NYC MOTORCARS CORPORATION,

                Defendant.
---------------------------------------------------------------X

21-CV-10520 (ALC) (KHP)

**ORDER RESCHEDULING ORAL ARGUMENT**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of Defendant's motion at ECF No. 46, the Oral Argument in this matter scheduled for Tuesday, December 13, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is rescheduled to **Wednesday, January 4, 2023 at 2:00 p.m.**  The parties shall be prepared to discuss settlement of the action at the conference. Parties shall attend the conference with their counsel, and corporate parties must send the person with decision-making authority to settle the matter to the conference.

      Additionally, the parties are directed to meet and confer regarding settling this action, and by **Friday, December 23, 2022**, they shall file a joint status letter to ECF informing the Court whether a settlement in principle has been reached.

  **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 46.**

        **SO ORDERED.**

DATED:    New York, New York
             December 12, 2022

                                         *Katharine H. Parker*
                                         KATHARINE H. PARKER
                                         United States Magistrate Judge