

Greg R. Mansell
Direct Dial: (614)796-4325
Email: Greg@MansellLawLLC.com
Admitted in New York

January 3, 2023

**Via ECF**
Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007

Re: *Eric Santana v. NYC Motorcars Corp*. Case 1:21-cv-10520-(ALC)(KHP)

Dear Judge Parker:

This firm represents the Plaintiff in the above-captioned matter. The undersigned has just learned that Plaintiff Eric Santana is stuck in Pennsylvania due to travel issues and unable to attend tomorrow's oral argument *in person*.

I respectfully request permission for Plaintiff to appear by phone or video at the oral argument scheduled for January 4, 2023 at 2:00 p.m. Undersigned counsel is available and will appear in person. Alternatively, Plaintiff requests a brief adjournment of the oral argument until the following week (Jan. 9, 11-13).

Sincerely,

Greg R. Mansell

Cc: All counsel of record, via ECF

**APPLICATION GRANTED:** Counsel is directed to email Judge Parker's chambers with the telephone number where they can be connected to the the Oral Argument scheduled on Wednesday, January 4, 2023 at 2:00 p.m.

APPLICATION GRANTED
Hon. Katharine H. Parker, U.S.M.J.
01/03/2023