USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023

# Offices of Bruce W. Minsky, P.C.

112 Brick Church Road
New Hempstead, New York 10977
Telephone: (646) 234-7006; (212) 956-3123
Facsimile: (702) 973-6607 *(Not for Litigation Purposes)*
E-mail: bwminsky@gmail.com

**Bruce W. Minsky, Esq.**
*Member of the California, Connecticut and New York Bars*

January 4, 2023

> In light of the stipulation of voluntary dismissal of Plaintiff's action against Defendant Fawad Awan ("Awan"), Awan and his counsel are excused from today's oral argument.
>
> SO ORDERED:
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE    1/4/2023

<u>VIA ECF</u>

Hon. Katharine H. Parker, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Santana v. NYC Motorcars of Freeport Corp., et. al.
            Case No.: 1:21-cv-10520 ALC-KHP

Dear Judge Parker:

      As a note of introduction, this office was counsel to the Defendant Fawad Awan ("<u>Defendant</u>" and/or "<u>Awan</u>").

      As previously relayed to this Court, the Plaintiff Eric Santana ("<u>Plaintiff</u>") and Defendant Awan executed/filed a *Stipulation of Voluntary Dismissal*, dated May 3, 2022 [Doc. 26] with the Plaintiff's action voluntarily dismissed against the Defendant pursuant to FRCP 41(a)(1)(A)(ii) ("<u>Stipulation</u>"). The Stipulation, as per the then Clerk's instructions, was refiled on May 5, 2022 [Doc. 30]. Since such dates, the Defendant has no longer appeared and/or participated in the instant action.

      With the recent motion scheduling(s), I recently did a review of the document history on PACER and noticed that the last filed Stipulation [Doc. 30] was not "So Ordered" by the Court which may have been due to an error in the filing event type identification. I have coordinated with Plaintiff's counsel to have a re-executed/retitled *Stipulation of Dismissal/Discontinuance* filed, which was done yesterday.

      In light of the above, I did not anticipate or expect having to appear at the oral argument today at 2:00 pm, or in any proceeding as to the instant matter. I also have a scheduled transaction closing in Rockland County at 11:00 am which will carry over to the mid-afternoon and, as such, would be unable to attend the oral argument in person.

      If for some reason the Court does require the participation/attendance of the Defendant Awan, it is respectfully requested that I be able to appear via phone.

    We thank the Court for its time and attention to this matter.

                                    Very truly yours,

                                    /bwm/

                                  Bruce W. Minsky

BWM/bm
cc:  All counsel of record *(Via ECF)*