```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ERIC SANTANA,

                                Plaintiff,

           -against-

NYC MOTORCARS CORPORATION,

                               Defendant.
-----------------------------------------------------------------X

**21-CV-10520 (ALC) (KHP)**

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A telephonic Settlement Status Conference in this matter is hereby scheduled for **Tuesday, February 14, 2023 at 4:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

DATED:    New York, New York
              January 4, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge